IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM H. FRYE**                                                **PLAINTIFF**

v.                                       **CIVIL ACTION NO. 1:07cv56LG-RHW**

**JEFFERY FRYE**                                         **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed with prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and this dismissal will count as a strike pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED AND ADJUDGED** this the 11th day of February, 2007.

                                                        s/ *Louis Guirola, Jr.*
                                                        LOUIS GUIROLA, JR.
                                                        UNITED STATES DISTRICT JUDGE